[No. 54075-1-I.   Division One.   June 20, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. LEZLEY A. SCHULLI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04686-4, Cheryl B. Carey, J., entered March 15, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54166-8-I.   Division One.   June 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CHRISTOPHER KUHLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01672-6, James H. Allendoerfer, J., entered March 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54248-6-I.   Division One.   June 20, 2005.]

BAYE NDIAYE, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-32341-1, Julie Spector, J., entered April 8, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55369-1-I.   Division One.   June 20, 2005.]

ALBERT M. MARK, *Appellant*, v. HOPE BAUER, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 04-2-02944-9, Steven C. Gonzalez, J., entered November 19 and December 2, 2004. *Affirmed* by unpublished per curiam opinion.